1    GLENN D. POMERANTZ (SBN 112503)
     *Glenn.Pomerantz@mto.com*
2    BART H. WILLIAMS (SBN 134009)
     *Bart.Williams@mto.com*
3    KELLY M. KLAUS (SBN 161091)
     *Kelly.Klaus@mto.com*
4    MUNGER, TOLLES & OLSON LLP
     355 South Grand Avenue, Thirty-Fifth Floor
5    Los Angeles, CA 90071-1560
     Tel: (213) 683-9100; Fax: (213) 687-3702

6

7    ROBERT H. ROTSTEIN (SBN 72452)
     *rxr@msk.com*
8    ERIC J. GERMAN (SBN 224557)
     *ejg@msk.com*
9    BETSY A. ZEDEK (SBN 241653)
     *baz@msk.com*
10    MITCHELL SILBERBERG & KNUPP LLP
     11377 West Olympic Boulevard
11    Los Angeles, California 90064-1683
     Tel: (310) 312-2000; Fax: (310) 312-3100

12    GREGORY P. GOECKNER (SBN 103693)
     gregory_goeckner@mpaa.org
13    DANIEL E. ROBBINS (SBN 156934)
     dan_robbins@mpaa.org
14    15301 Ventura Boulevard, Building E
     Sherman Oaks, California 91403-3102
15    Tel: (818) 995-6600; Fax: (818) 285-4403

16
17    Attorneys for Plaintiffs

18                 UNITED STATES DISTRICT COURT

19                 CENTRAL DISTRICT OF CALIFORNIA

20                     WESTERN DIVISION

                               CV08-06412 SJO AJWx

| | |
|---|---|
| 21 UNIVERSAL CITY STUDIOS<br>22 PRODUCTIONS LLLP, UNIVERSAL<br>CITY STUDIOS LLLP, PARAMOUNT<br>23 PICTURES CORPORATION,<br>TWENTIETH CENTURY FOX FILM<br>24 CORPORATION, SONY PICTURES<br>TELEVISION INC., COLUMBIA<br>25 PICTURES INDUSTRIES, INC., SONY<br>PICTURES ENTERTAINMENT INC.,<br>26 DISNEY ENTERPRISES, INC., WALT<br>DISNEY PICTURES and WARNER<br>27 BROS. ENTERTAINMENT INC.,<br><br>28           Plaintiffs, | CASE NO.<br><br>CORPORATE DISCLOSURE AND<br>NOTICE OF INTERESTED<br>PARTIES [FED. R. CIV. P. 7.1;<br>LOCAL RULE 7.1-1] |

FILED
2008 SEP 30 AM 10:21
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

Dockets.Justia.com

| | |
|---|---|
| 1 | vs. |
| 2 | |
| 3 | REALNETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC., |
| 4 | |
| 5 | Defendants. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | The undersigned, counsel of record for Plaintiffs Universal City |
| 2 | Studios Productions LLLP, Universal City Studios LLLP, Paramount Pictures |
| 3 | Corporation, Twentieth Century Fox Film Corporation, Sony Pictures Television |
| 4 | Inc., Columbia Pictures Industries, Inc., Sony Pictures Entertainment Inc., Disney |
| 5 | Enterprises, Inc., Walt Disney Pictures and Warner Bros. Entertainment Inc., |
| 6 | certifies that the following listed parties may have a pecuniary interest in the |
| 7 | outcome of this case. These representations are made to enable the Court to |
| 8 | evaluate possible disqualification or recusal. |

1. Universal City Studios Productions LLLP (which is wholly and indirectly owned by NBC Universal, Inc. NBC Universal, Inc. is wholly owned indirectly by General Electric Company, a publicly held company, and Vivendi Universal, S.A., a publicly held French company)

2. Universal City Studios LLLP (which is wholly and indirectly owned by NBC Universal, Inc. NBC Universal, Inc. is wholly owned indirectly by General Electric Company, a publicly held company, and Vivendi Universal, S.A., a publicly held French company)

3. Paramount Pictures Corporation (which is a wholly owned subsidiary of Viacom Inc., a publicly held company)

4. Twentieth Century Fox Film Corporation (which is a wholly owned subsidiary of Fox Entertainment Group., Inc. Fox Entertainment Group, Inc.'s parent corporation is News Corporation, which is a publicly held corporation that owns more than 10% of Fox Entertainment Group, Inc.'s stock)

5. Sony Pictures Television Inc. (which is an indirect subsidiary of Sony Corporation, a publicly held company)

6. Columbia Pictures Industries, Inc. (which is an indirect subsidiary of Sony Corporation, a publicly held company)

7. Sony Pictures Entertainment Inc. (which is an indirect subsidiary of Sony Corporation, a publicly held company)

| | |
|---|---|
| 1 | 8. Disney Enterprises, Inc. (which is a wholly owned subsidiary of The |
| 2 | Walt Disney Company, a publicly held company) |
| 3 | 9. Walt Disney Pictures (which is a wholly owned subsidiary of Disney |
| 4 | Enterprises, Inc. Disney Enterprises, Inc. is a wholly owned subsidiary of The Walt |
| 5 | Disney Company, a publicly held company) |
| 6 | 10. Warner Bros. Entertainment Inc. (which is ultimately and indirectly |
| 7 | wholly owned by Time Warner Inc., a publicly held company) |

DATED: September 29, 2008

MUNGER, TOLLES & OLSON LLP

MITCHELL SILBERBERG & KNUPP LLP

GREGORY P. GOECKNER
DANIEL E. ROBBINS

By: /s/ Glenn D. Pomerantz
GLENN D. POMERANTZ

Attorneys for Plaintiffs