1  GLENN D. POMERANTZ (SBN 112503)
   Glenn.Pomerantz@mto.com
2  BART H. WILLIAMS (SBN 134009)
   Bart.Williams@mto.com
3  KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
5  Los Angeles, CA 90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702
6
   ROBERT H. ROTSTEIN (SBN 72452)
7  rxr@msk.com
   ERIC J. GERMAN (SBN 224557)
8  ejg@msk.com
   BETSY A. ZEDEK (SBN 241653)
9  baz@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
10 11377 West Olympic Boulevard
   Los Angeles, California 90064-1683
11 Tel: (310) 312-2000; Fax: (310) 312-3100

12 GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
13 DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
14 15301 Ventura Boulevard, Building E
   Sherman Oaks, California 91403-3102
15 Tel: (818) 995-6600; Fax: (818) 285-4403

16
17 Attorneys for Plaintiffs

18              UNITED STATES DISTRICT COURT
19              CENTRAL DISTRICT OF CALIFORNIA
20                    WESTERN DIVISION

21                                          CASE NO. CV08-06412 SJO AJWx

22 UNIVERSAL CITY STUDIOS
   PRODUCTIONS LLLP, UNIVERSAL
23 CITY STUDIOS LLLP, PARAMOUNT
   PICTURES CORPORATION,                    **APPLICATION TO SEAL (1)
24 TWENTIETH CENTURY FOX FILM               NOTICE OF APPLICATION AND
   CORPORATION, SONY PICTURES               *EX PARTE* APPLICATION FOR
25 TELEVISION INC., COLUMBIA                 TEMPORARY RESTRAINING
   PICTURES INDUSTRIES, INC., SONY          ORDER AND ORDER TO SHOW
26 PICTURES ENTERTAINMENT INC.,             CAUSE RE: PRELIMINARY
   DISNEY ENTERPRISES, INC., WALT           INJUNCTION AND
27 DISNEY PICTURES and WARNER               MEMORANDUM OF POINTS
   BROS. ENTERTAINMENT INC.,                AND AUTHORITIES AND (2)
28                                          DECLARATION OF GLENN D.
              Plaintiffs,                   POMERANTZ IN SUPPORT OF**

| | |
|---|---|
| vs.<br><br>REALNETWORKS, INC.; and REALNETWORKS HOME ENTERTAINMENT, INC.,<br><br>Defendants. | **EX PARTE APPLICATION; DECLARATION OF GLENN D. POMERANTZ IN SUPPORT OF APPLICATION TO SEAL**<br><br>Lodged concurrently herewith:<br><br>1)[Proposed] Order Granting Application<br><br>2) Documents Requested To Be Filed Under Seal |

Pursuant to Civil Local Rule 79-5-1, Plaintiffs respectfully apply for an order sealing the following documents:

- Notice of Application and *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction; Memorandum of Points and Authorities
- Declaration of Glenn D. Pomerantz in Support of *Ex Parte* Application

A "compelling reason" exists to seal these documents. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming . . . the 'compelling reasons' standard"); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003). The confidential material at issue concerns a single page from the "Technical Specifications" of the "CSS License Agreement" between RealNetworks, Inc. and the DVD Copy Control Association, Inc. ("DVD-CCA"). The Technical Specifications contain confidential and sensitive trade secret information. This page from the "Technical Specifications" is attached as Exhibit G to the Declaration of Glenn D. Pomerantz in Support of the *Ex Parte* Application. The Memorandum of Points and Authorities in Support of the *Ex Parte* Application quotes a single line from the document.

Plaintiffs' counsel received the "Technical Specifications" page from the DVD CCA. Declaration of Glenn D. Pomerantz In Support of Application to Seal, ¶ 2. We understand that the DVD-CCA considers this page to contain confidential information that has not been publicly disclosed. In obtaining the document, counsel agreed to maintain the strict confidentiality of the document pursuant to the terms of the CSS License Agreement, and that the document could only be used in this litigation if it were filed under seal and outside of the public record. *Id.*

This Application to Seal is narrowly tailored to protect the public's interest in access to judicial records and the public policies favoring disclosure. *Kamakana,*

- 1 -

| | |
|---|---|
| 1 | 447 F.3d at 1178. Plaintiffs have filed with the court identical public redacted |
| 2 | versions of the Memorandum of Points and Authorities in Support of the *Ex Parte* |
| 3 | Application and the Pomerantz Declaration in Support of the *Ex Parte* Application. |
| 4 | With respect to the Memorandum, Plaintiffs have redacted only a single sentence |
| 5 | quote from the Technical Specifications page. And with respect to the Pomerantz |
| 6 | Declaration, Plaintiffs have redacted Exhibit G, the Technical Specifications page. |

    For these reasons, the Court should grant the Application to Seal.

DATED: September 30, 2008

MUNGER, TOLLES & OLSON LLP

MITCHELL SILBERBERG & KNUPP LLP

GREGORY P. GOECKNER
DANIEL E. ROBBINS

By: _____
       GLENN D. POMERANTZ

Attorneys for Plaintiffs

## DECLARATION OF GLENN D. POMERANTZ

I, Glenn D. Pomerantz, declare as follows:

1. I am an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record to Plaintiffs in this action. The contents of this declaration are within my personal knowledge. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2. I received the "Technical Specifications" page of the CSS License Agreement, attached as Exhibit G to my Declaration in support of the *Ex Parte* Application, from the DVD Copy Control Association. A representative of the DVD Copy Control Association informed me that this page contains confidential information that is not publicly available. Therefore, to obtain the document, I signed an acknowledgement agreeing to maintain the document strictly confidential pursuant to the terms of the CSS License Agreement, and that the document could only be used in this litigation if it were filed under seal and outside of the public record.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 29th day of September 2008 at Los Angeles, California.

_____
Glenn D. Pomerantz