1 | GLENN D. POMERANTZ (SBN 112503)
*Glenn.Pomerantz@mto.com*
2 | BART H. WILLIAMS (SBN 134009)
*Bart.Williams@mto.com*
3 | KELLY M. KLAUS (SBN 161091)
*Kelly.Klaus@mto.com*
4 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
5 | Los Angeles, CA 90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
7 | *rxr@msk.com*
ERIC J. GERMAN (SBN 224557)
8 | *ejg@msk.com*
BETSY A. ZEDEK (SBN 241653)
9 | *baz@msk.com*
MITCHELL SILBERBERG & KNUPP LLP
10 | 11377 West Olympic Boulevard
Los Angeles, California 90064-1683
11 | Tel: (310) 312-2000; Fax: (310) 312-3100

12 | GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
13 | DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
14 | 15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
15 | Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

CV08-06412 SJO AJWx

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, UNIVERSAL CITY STUDIOS LLLP, PARAMOUNT PICTURES CORPORATION, TWENTIETH CENTURY FOX FILM CORPORATION, COLUMBIA PICTURES TELEVISION INC., COLUMBIA PICTURES INDUSTRIES, INC., SONY PICTURES ENTERTAINMENT INC., DISNEY ENTERPRISES, INC., WALT DISNEY PICTURES and WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiffs, | CASE NO. <br><br> **PUBLIC REDACTED VERSION** <br><br> **DECLARATION OF GLENN D. POMERANTZ IN SUPPORT OF *EX PARTE* APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION THEREOF** |

6018674.2

DECLARATION OF
GLENN D. POMERANTZ

FILED
2008 SEP 30 AM 10: 26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

Dockets.Justia.com

Exhibit A | Exhibit B | Exhibit C | Exhibit D | Exhibit E | Exhibit F

vs.

REALNETWORKS, INC.; and
REALNETWORKS HOME
ENTERTAINMENT, INC.,

          Defendants.

I, Glenn D. Pomerantz, declare as follows:

1. I am an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record to Plaintiffs in this action. The contents of this declaration are within my personal knowledge. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2. By letters dated September 25 and 29, 2008, I provided notice to counsel for RealNetworks, Inc. ("Real") of the date, time, and substance of Plaintiffs' application for a temporary restraining order and an order to show cause regarding a preliminary injunction. Counsel for Real responded to this notice in letters dated September 26, 28, and 29, 2008, and indicated that Real intends to oppose Plaintiffs' application. True and correct copies of the correspondence dated September 25, 26, 28, and 29, 2008 are attached hereto as Exhibits A through E.

3. Attached hereto as Exhibit F is a true and correct copy of the "CSS License Agreement" between the DVD CCA and Real, signed by Real on August 13, 2007.

4. Attached hereto as Exhibit G is a true and correct copy of a page from the "Technical Specifications" of the "CSS License Agreement" between the DVD CCA and Real.

5. Attached hereto as Exhibit H is a true and correct copy of the RealDVD Internet homepage, www.RealDVD.com, as it appeared on Monday, September 29, 2008.

6. Attached hereto as Exhibit I is a true and correct copy of the RealDVD "Features" information page, www.RealDVD.com/features, as it appeared on Monday, September 29, 2008.

7. Attached hereto as Exhibit J is a true and correct copy of a news article, "RealNetworks releasing DVD copying software," written by AP Technology Writer Rachel Metz and published in the *Seattle Times* on September 8, 2008.

DECLARATION OF
GLENN D. POMERANTZ

8. Attached hereto as Exhibit K is a true and correct copy of a Real official blog entry written by Real employee Lacy Kemp, dated September 7, 2008. The entry is available at http://www.realnetworksblog.com/2008/09/07/announcing-realdvd.aspx.

9. Attached hereto as Exhibit L is a true and correct copy of the transcript of the oral ruling of the California Superior Court, County of Santa Clara, in *DVD Copy Control Ass'n, Inc. v. Kaleidescape, Inc.*, No. 1-04 CV031829 (Mar. 29, 2007).

10. Attached hereto as Exhibit M is a true and correct copy of the Addendum to Statement of Decision the California Superior Court, County of Santa Clara, in *DVD Copy Control Ass'n, Inc. v. Kaleidescape, Inc.*, No. 1-04 CV031829 (April 13, 2007).

11. Attached hereto as Exhibit N is a true and correct copy of RealNetworks' Reply Brief in Support of Motion for Preliminary Injunction filed in *RealNetworks, Inc. v. Streambox, Inc.*, No. C-99-2070-P, W.D. Wash (Jan. 6, 2000).

12. Attached hereto as Exhibit O is a true and correct copy of pages from the "The Real Network 2008 Media Kit," dated July 2008. The kit is available at: http://www.realnetworksadvertising.com/real_media_kit_July2008.pdf.

13. On or about September 7, 8 or 9, 2008, at the "Demo" technology conference in San Diego, California, Real CEO Ron Glaser gave an interview with Larry Magit of CBS News. The recorded interview was posted online as a "podcast" at http://audio.cbsnews.com/2008/09/08/audio4427159.mp3. In the interview, at 0:22, Mr. Glaser expresses that "There's a particular legal precedent that laid out soft of the blueprint for this that came out about a year ago in a case with a very high-end specialized product called *Kaleidescape.* What that basically says is that if you preserve all the protections associated with the DVD including the encryption itself that sits on the copy that sits on the copy on the drive, you don't have to have the DVD with you while you're playing it back."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 30th day of September 2008 at Los Angeles, California.

_____
Glenn D. Pomerantz

6018674.2