1   GLENN D. POMERANTZ (SBN 112503)
    *Glenn.Pomerantz@mto.com*
2   BART H. WILLIAMS (SBN 134009)
    *Bart.Williams@mto.com*
3   KELLY M. KLAUS (SBN 161091)
    *Kelly.Klaus@mto.com*
4   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue, Thirty-Fifth Floor
5   Los Angeles, CA 90071-1560
    Tel: (213) 683-9100; Fax: (213) 687-3702
6
    ROBERT H. ROTSTEIN (SBN 72452)
7   *rxr@msk.com*
    ERIC J. GERMAN (SBN 224557)
8   *ejg@msk.com*
    BETSY A. ZEDEK (SBN 241653)
9   *baz@msk.com*
    MITCHELL SILBERBERG & KNUPP LLP
10  11377 West Olympic Boulevard
    Los Angeles, California 90064-1683
11  Tel: (310) 312-2000; Fax: (310) 312-3100

12  GREGORY P. GOECKNER (SBN 103693)
    gregory_goeckner@mpaa.org
13  DANIEL E. ROBBINS (SBN 156934)
    dan_robbins@mpaa.org
14  15301 Ventura Boulevard, Building E
    Sherman Oaks, California 91403-3102
15  Tel: (818) 995-6600; Fax: (818) 285-4403

16
    Attorneys for Plaintiffs
17

18              UNITED STATES DISTRICT COURT

19             CENTRAL DISTRICT OF CALIFORNIA

20                    WESTERN DIVISION

21  UNIVERSAL CITY STUDIOS          CASE NO. CV08-06412 SJO AJWx
    PRODUCTIONS LLLP, UNIVERSAL
22  CITY STUDIOS LLLP, PARAMOUNT
    PICTURES CORPORATION,
23  TWENTIETH CENTURY FOX FILM      PROOF OF SERVICE
    CORPORATION, SONY PICTURES
24  TELEVISION INC., COLUMBIA
    PICTURES INDUSTRIES, INC., SONY
25  PICTURES ENTERTAINMENT INC.,
    DISNEY ENTERPRISES, INC., WALT
26  DISNEY PICTURES and WARNER
    BROS. ENTERTAINMENT INC.,
27
28              Plaintiffs,

                                        PROOF OF SERVICE

1

2          vs.

3   REALNETWORKS, INC.; and
    REALNETWORKS HOME
4   ENTERTAINMENT, INC.,

5              Defendants.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Cherryl Tillotson, declare:

    1.     I am over the age of 18 and not a party to the within cause.  I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California.  My business address is 355 South Grand Avenue, 35th Flr., Los Angeles, CA 9007-1560.

    2.     On September 30, 2008, I caused to be served true copies of the following documents entitled:

**APPLICATION TO SEAL (1) NOTICE OF APPLICATION AND *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND MEMORANDUM OF POINTS AND AUTHORITIES AND (2) DECLARATION OF GLENN D. POMERANTZ IN SUPPORT OF *EX PARTE* APPLICATION; DECLARATION OF GLENN D. POMERANTZ IN SUPPORT OF APPLICATION TO SEAL**

**[PROPOSED ORDER] GRANTING APPLICATION TO SEAL (1) NOTICE OF APPLICATION AND *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES; AND (2) DECLARATION OF GLENN D. POMERANTZ IN SUPPORT OF *EX PARTE* APPLICATION**

**<u>CONFIDENTIAL VERSION</u> NOTICE OF APPLICATION AND *EX PARTE* APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**<u>CONFIDENTIAL VERSION</u> DECLARATION OF GLENN D. POMERANTZ IN SUPPORT OF *EX PARTE* APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION THEREOF**

**<u>PUBLIC REDACTED VERSION</u> NOTICE OF APPLICATION AND *EX PARTE* APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

**<u>PUBLIC REDACTED VERSION</u> DECLARATION OF GLENN D. POMERANTZ IN SUPPORT OF *EX PARTE* APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION THEREOF**

**DECLARATION OF DR. JOHN P. J. KELLY IN SUPPORT OF *EX PARTE* APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION THEREOF**

**DECLARATION OF DR. ALAN E. BELL IN SUPPORT OF *EX PARTE* APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION THEREOF**

**DECLARATION OF MICHAEL DUNN IN SUPPORT OF *EX PARTE* APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION THEREOF**

by placing them in an addressed, sealed envelope, clearly labeled to identify the

person being served at the address shown below:

        RealNetworks, Inc.
        CT Corporation System
        818 West Seventh St.
        Los Angeles, CA 90017

        RealNetworks Home Entertainment, Inc.
        CT Corporation System
        818 West Seventh St.
        Los Angeles, CA 90017

I delivered such an envelope by hand by depositing it with a registered agent of

LA EXPRESS SUPER RUSH, 1950 S. Santa Fe Avenue, Suite 101, Los Angeles, CA 90021,

addressed to the offices shown directly above.

I declare that I am employed in the office of a member of the bar of this court at

whose direction the service was made.

Executed on September 30, 2008, at Los Angeles, California.

*Cherryl Tillotson*
_____
Cherryl Tillotson

PROOF OF SERVICE

## PROOF OF SERVICE BY E-MAIL AND FACSIMILE

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

On September 30, 2008, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**APPLICATION TO SEAL (1) NOTICE OF APPLICATION AND *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND MEMORANDUM OF POINTS AND AUTHORITIES AND (2) DECLARATION OF GLENN D. POMERANTZ IN SUPPORT OF *EX PARTE* APPLICATION; DECLARATION OF GLENN D. POMERANTZ IN SUPPORT OF APPLICATION TO SEAL**

**[PROPOSED ORDER] GRANTING APPLICATION TO SEAL (1) NOTICE OF APPLICATION AND *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES; AND (2) DECLARATION OF GLENN D. POMERANTZ IN SUPPORT OF *EX PARTE* APPLICATION**

**<u>CONFIDENTIAL VERSION</u> NOTICE OF APPLICATION AND *EX PARTE* APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**<u>CONFIDENTIAL VERSION</u> DECLARATION OF GLENN D. POMERANTZ IN SUPPORT OF *EX PARTE* APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION THEREOF**

**<u>PUBLIC REDACTED VERSION</u> NOTICE OF APPLICATION AND *EX PARTE* APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

**<u>PUBLIC REDACTED VERSION</u> DECLARATION OF GLENN D. POMERANTZ IN SUPPORT OF *EX PARTE* APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION THEREOF**

**DECLARATION OF DR. JOHN P. J. KELLY IN SUPPORT OF *EX PARTE* APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION THEREOF**

**DECLARATION OF DR. ALAN E. BELL IN SUPPORT OF *EX PARTE* APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION THEREOF**

**DECLARATION OF MICHAEL DUNN IN SUPPORT OF *EX PARTE* APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION THEREOF**

☐ By placing ☐ the original(s) ☑ a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☐ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☐ **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

☑ **By PDF by sending a copy of said document by email for instantaneous transmittal to the persons identified at the addresses set forth on the attached service list.**

☑ **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission. The transmission was reported as complete and without error. A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference. The telephone number of the facsimile machine I used was (213) 683-9510. This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

☐ **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

☑ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 30, 2008, at Los Angeles, California.

_____
Cherryl Tillotson

- 4 -                                                                PROOF OF SERVICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SERVICE LIST:

James A. DiBoise
Wilson Sonsini Goodrich & Rosati
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
jdiboise@wsgr.com
Tel: (415) 947-2114
Facsimile: (415) 947-2099

PROOF OF SERVICE