| | |
|---|---|
| 1 | JAMES A. DIBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com |
| 2 | COLLEEN BAL, State Bar No. 167637<br>Email: cbal@wsgr.com |
| 3 | MICHAEL A. BERTA, State Bar No. 194650<br>Email: mberta@wsgr.com |
| 4 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 5 | One Market Street<br>Spear Tower, Suite 3300 |
| 6 | San Francisco, CA 94105 |
| 7 | Attorneys for Plaintiffs<br>REALNETWORKS, INC. and |
| 8 | REALNETWORKS HOME ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, UNIVERSAL CITY STUDIOS LLLP, PARAMOUNT PICTURES CORPORATION, TWENTIETH CENTURY FOX FILM CORPORATION, SONY PICTURES TELEVISION INC., COLUMBIA PICTURES INDUSTRIES, INC., SONY PICTURES ENTERTAINMENT INC., DISNEY ENTERPRISES, INC., WALT DISNEY PICTURES, and WARNER BROS. ENTERTAINMENT INC.,<br><br>Plaintiffs,<br><br>v.<br><br>REALNETWORKS, INC.; and REALNETWORKS HOME ENTERTAINMENT, INC.,<br><br>Defendants. | CASE NO.:<br>2:08-cv-06412 SJO AJW<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE BY MAIL

I, Cherie Johnston, declare:

I am employed in San Francisco County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, One Market, Spear Tower, Suite 3300, San Francisco, California 94105.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this date.

On this date, I served

1. **DEFENDANTS REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S OPPOSITION TO PLAINTIFFS'** *EX PARTE* **APPLICATION FOR A TRO**

2. **DECLARATION OF GORDON KLEIN IN OPPOSITION TO EX PARTE APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

3. **DECLARATION OF JEFFREY BUZZARD ON BEHALF OF DEFENDANTS REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, IN. OPPOSITION TO TRO**

4. **DECLARATION OF JACQUELINE LANG IN OPPOSITION TO EX PARTE APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

on each person listed below, by placing the document(s) described above in an envelope addressed as indicated below, which I sealed. I placed the envelope(s) for collection and mailing with the United States Postal Service on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

Gregory Paul Goeckner
Building E
15301 Ventura Boulevard
Sherman Oaks, CA 91403-3102

1     I declare under penalty of perjury under the laws of the State of California that the
2 foregoing is true and correct. Executed at San Francisco, California on September 30, 2008.

/s/ Cherie Johnston
Cherie Johnston