GLENN D. POMERANTZ (SBN 112503)
*Glenn.Pomerantz@mto.com*
BART H. WILLIAMS (SBN 134009)
*Bart.Williams@mto.com*
KELLY M. KLAUS (SBN 161091)
*Kelly.Klaus@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
*rxr@msk.com*
ERIC J. GERMAN (SBN 224557)
*ejg@msk.com*
BETSY A. ZEDEK (SBN 241653)
*baz@msk.com*
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, UNIVERSAL CITY STUDIOS LLLP, PARAMOUNT PICTURES CORPORATION, TWENTIETH CENTURY FOX FILM CORPORATION, SONY PICTURES TELEVISION INC., COLUMBIA PICTURES INDUSTRIES, INC., SONY | CASE NO.  CV 08-06412 SJO AJWx<br><br>PROOF OF SERVICE |

6040104.1

| | |
|---|---|
| 1 | PICTURES ENTERTAINMENT INC., DISNEY ENTERPRISES, INC., WALT DISNEY PICTURES and WARNER BROS. ENTERTAINMENT INC., |
| 2 | |
| 3 | |
| 4 | Plaintiffs, |
| 5 | vs. |
| 6 | REALNETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC., |
| 7 | |
| 8 | Defendants. |

6040104.1

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560. On October 1, 2008, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**PLAINTIFFS' REPLY BRIEF IN SUPPORT OF PLAINTIFFS'**
***EX PARTE* APPLICATION FOR TRO**

☑ By placing ☐ the original(s) ☑ a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☑ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☑ **BY ELECTRONIC TRANSMISSION:** The document(s) was transmitted electronically on this date, to the designated electronic addresses below.

☑ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 1, 2008, at Los Angeles, California.


By    /s/ _____
         Cherryl Tillotson

# SERVICE LIST

**BY ELECTRONIC TRANSMISSION & BY MAIL**

James A. DiBoise, Esq.
Colleen Bal, Esq.
Michael A. Berta, Esq.
Wilson Sonsini Goodrich & Rosati
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Email:  jdiboise@wsgr.com
         cbal@wsgr.com
         mberta@wsgr.com
         ttosh@wsgr.com


**BY MAIL**
Gregory Paul Goeckner
Building E
15301 Ventura Boulevard
Sherman Oaks, CA 91403-3102